IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| SHIRLEY COPELAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-3267-CV-C-NKL |
| ) | |
| ELI LILLY & CO., ) | |
| ) | |
| Defendant. ) | |

ORDER

Pending before the Court is Defendant Eli Lilly & Company's ("Eli Lilly") Motion to Stay [Doc. # 4] all proceedings pending transfer of the case to the Multi-District Litigation Court in the Eastern District of New York ("the MDL Court") that is handling all the federal Zyprexa cases. This case has been removed to federal court once before, but the Court remanded due to the presence of a non-diverse defendant physician. *See, e.g. Copeland v. Eli Lilly & Co., et al.*, Case No. 05-4318-CV-W-NKL (Dec. 22, 2005). Upon remand, Plaintiff dismissed the non-diverse defendant and Eli Lilly again removed. There is no longer any impediment to this Court's jurisdiction, and Plaintiff has filed no objection to the requested stay. Accordingly, Eli Lilly's Motion to Stay [Doc. # 4] is GRANTED.

IT IS SO ORDERED.

1

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: August 8, 2006
Jefferson City, Missouri